IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>BONITA HAMMONS,<br><br>Defendant. | CR 23-32-BLG-SPW-2<br><br>ORDER ADOPTING FINDINGS<br>AND RECOMMENDATIONS |

Defendant entered her plea of guilty before U.S. Magistrate Judge Timothy J. Cavan in open court on August 9, 2023. United States Magistrate Judge Timothy J. Cavan entered Findings and Recommendation in this matter on August 9, 2023 (Doc. 76). No objections having been filed within fourteen days thereof,

IT IS HEREBY ORDERED that Judge Cavan's Findings and Recommendations (Doc. 76) are ADOPTED IN FULL;

The clerk shall promptly notify counsel and the probation office of the entry of this Order.

DATED this 24th day of August, 2023.

SUSAN P. WATTERS
United States District Judge

1